*Martin A. Threet* and *D. A. Macpherson, Jr.* for the Middle Rio Grande Conservancy District et al., defendants. *Solicitor General Perlman* filed a memorandum for the United States, as *amicus curiae,* asserting that the Government is an indispensable party to this action.

No. 321, Misc. PRESTON *v.* TEXAS. The petition for rehearing is granted and the order entered March 31, 1952, *ante,* p. 917, denying certiorari on the ground that the application therefor was not made within the time provided by law is vacated. Upon consideration of the petition for writ of certiorari, certiorari to the Court of Criminal Appeals of Texas is denied. *Arthur J. Mandell* for petitioner. *Price Daniel,* Attorney General of Texas, and *Calvin B. Garwood, Jr.,* Assistant Attorney General, for respondent.

No. 446, Misc. IN RE WHITNEY. Motion for leave to file petition for writ of mandamus denied.

No. 448, Misc. McGARY *v.* STEELE, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 617. KWONG HAI CHEW *v.* COLDING ET AL. C. A. 2d Cir. Certiorari granted. *Carl S. Stern* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Kenneth C. Shelver* for Shaughnessy, respondent.

No. 561. TOBIN, SECRETARY OF LABOR, *v.* ALMA MILLS. C. A. 4th Cir. Certiorari denied. *Solicitor General Perlman* and *William S. Tyson* for petitioner. *Pinckney L. Cain* for respondent.